**Herbert HAYES, Plaintiff–Appellant,**

v.

**Kimbrell Kelly TUCKER, District Court Judge, Defendant–Appellee.**

No. 08–1404.

United States Court of Appeals, Fourth Circuit.

Submitted: July 8, 2008.

Decided: July 30, 2008.

Herbert Hayes, Appellant Pro Se. Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hayes v. Tucker*, No. 5:07–cv–00186–FL (E.D.N.C. Mar. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*